**No. 10M25. Toni Clark, Petitioner v. National Credit Union Administration.**

562 U.S. 819, 131 S. Ct. 376, 178 L. Ed. 2d 12, 2010 U.S. LEXIS 6748.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 354 Fed. Appx. 805.